# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO.  4:13cr18-RH/CAS

CHRISTOPHER J. WRIGHT,

      Defendant.

_____/

## ORDER ACCEPTING THE GUILTY PLEA

This case is before the court on the magistrate judge's report and recommendation, ECF No. 79.  No objections have been filed.  Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The defendant Christopher J. Wright's guilty plea is accepted.  Mr. Wright is adjudged guilty of counts four and five of the superseding indictment.

SO ORDERED on August 9, 2013.

s/Robert L. Hinkle_____
United States District Judge